1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AUBREY V. TAYLOR,<br><br>Plaintiff,<br><br>v.<br><br>ERIC TUNG, et al.,<br><br>Defendants. | Case No. C19-0234-TSZ<br><br>ORDER GRANTING DEFENDANTS' MOTIONS TO DISMISS AND FOR SUMMARY JUDGMENT |

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 31, to which no objections were filed, hereby finds and ORDERS as follows:

(1) The Report and Recommendation is approved and adopted;

(2) The City of Kent and Kent Police Department's motion to dismiss, docket no. 19, is GRANTED;

(3) Sergeant Tung's motion for summary judgment, docket no. 21, is GRANTED;

(4) Plaintiff's motion for appointment of counsel, docket no. 25, is DENIED;

(5) Plaintiff's amended complaint, docket no. 9, and this action are DISMISSED with prejudice; and

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS AND FOR
SUMMARY JUDGMENT - 1

(6)     The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Mary Alice Theiler.

DATED this 13th day of March, 2020.

Thomas S. Zilly
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTIONS TO DISMISS AND FOR
SUMMARY JUDGMENT - 2