UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBREY V. TAYLOR,

        Plaintiff,

v.

ERIC TUNG,

        Defendant.

C19-234 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Plaintiff's Motion to Reinstate Notice of Appeal Time Period and Strike Court's Order to Dismiss, docket no. 40, is STRICKEN as moot. This Court cannot grant Plaintiff the relief he seeks. Any motion regarding Plaintiff's appeal must be made to the Ninth Circuit.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 26th day of July, 2022.

Ravi Subramanian
Clerk

s/Gail Glass
Deputy Clerk

MINUTE ORDER - 1