UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

AUBREY V. TAYLOR,

        Plaintiff,

v.

ERIC TUNG; KENT POLICE DEPARTMENT; and CITY OF KENT,

        Defendants.

C19-0234 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1)    Plaintiff Aubrey V. Taylor's motion to reopen this case, docket no. 43, is DENIED. By Order entered May 13, 2020, docket no. 36, the Court adopted the Report and Recommendation, docket no. 31, of the Honorable Mary Alice Theiler, United States Magistrate Judge, and dismissed this action with prejudice. On May 15, 2020, plaintiff filed a "Request to Appeal," docket no. 38, but because plaintiff did not timely complete a Prisoner Authorization Form, which would permit prison officials to collect, in monthly increments, the amount of the filing fee for appeal, the appeal was dismissed for failure to prosecute. *See* 9th Cir. Order (docket no. 42). Plaintiff moved, in the Ninth Circuit, to reinstate the appeal, but failed to provide the requisite Prisoner Authorization Form, and the Ninth Circuit indicated, by Order filed August 30, 2022, that it would not entertain plaintiff's motion. For unknown reasons, the service copy of the August 2022 Order, which was addressed to plaintiff at the United States Penitentiary in Atwater, California, was returned to the Ninth Circuit in September 2022 as undeliverable. To the extent that plaintiff wishes to proceed with the previously dismissed appeal, he must seek relief from the United States Court of Appeals for the Ninth Circuit.

MINUTE ORDER - 1

(2)     The Clerk is directed to send a copy of this Minute Order to all counsel of record, to plaintiff pro se, and to the United States Court of Appeals for the Ninth Circuit.

Dated this 14th day of November, 2024.

                                               Ravi Subramanian
                                               Clerk

                                               s/Laurie Cuaresma
                                               Deputy Clerk

MINUTE ORDER - 2